## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sue Ellen Hughes, | ) |
|       Plaintiff, | ) |
| v. | ) No. 11 C 8669 |
| Zimmer, Inc., et al, | ) Judge Rebecca R. Pallmeyer |
|       Defendants. | ) |

## ORDER

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the above cause is dismissed without prejudice of all claims. Each party to bear their own costs, expenses and attorneys' fees.

ENTER:

Dated: November 12, 2014

_____
REBECCA R. PALLMEYER
United States District Judge